# UNITED STATES DISTRICT COURT

for the
District of South Carolina

|  |  |  |
|---|---|---|
| Jackie Logan | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 6:09-2411-HFF |
| | ) | |
| Mark A. Keel, director South Carolina Hwy Patrol, | | |
| Henry McMaster, Attorney General | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)*                                                                        recover from the
defendant *(name)*                                                                                the amount of
                                                        dollars ($                    ), which includes prejudgment
interest at the rate of                    %, plus postjudgment interest at the rate of                    %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*
                            recover costs from the plaintiff *(name)*
                                                        .

■ other:                this complaint be dismissed without prejudice and without issuance and service of process.



This action was *(check one)*:

❏ tried by a jury with Judge                                                        presiding, and the jury has
rendered a verdict.

❏ tried by Judge                                                        without a jury and the above decision
was reached.

■ decided by Judge                    Henry F. Floyd                    on a motion for
adopting the Report and Recommendation of the magistrate judge.



Date:    October 13, 2009                                *CLERK OF COURT*


                                                __s/Angela Lewis_____

                                                *Signature of Clerk or Deputy Clerk*